JOHN L. HICKS,              )
                            )
        Plaintiff,           )
                            )
    v.                       )      1:19-cv-115
                            )
MICHEAL JOHNSTON             )
                            )
        Defendant.           )

## VERDICT

We, the jury in the above-styled case, do unanimously find as follows:

1. Did Mr. Johnston infringe Mr. Hicks' rights in violation of the Eighth Amendment of the United States Constitution?

    **No**
    (Yes or No)

If you answer this issue "Yes," then you must proceed to Issues 2 and 3. If you answer this issue "No," then your deliberations are concluded. The foreperson should date and sign the verdict sheet.

2. What amount in damages is Mr. Hicks entitled to recover, if any, as a result of Mr. Johnston's violation of Mr. Hicks' Eighth Amendment rights?

    _____
    (Amount)

3. What amount of punitive damages, if any, do you the jury in your discretion award Mr. Hicks?

    _____
    (Amount)

This the 6th day of April, 2023.

_____
Foreperson