```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOHN L. HICKS,                  )
                                )
        Plaintiff,              )
                                )
     v.                         )      1:19-cv-115
                                )
GALBERTH SADIE, et al.,         )
                                )
        Defendants.             )
```

## JUDGMENT IN A CIVIL ACTION

By order of this court dated September 9, 2020, all claims against Defendants Moore, Jones, Torrex, D. Bullard, and P. Jacobs were ordered dismissed without prejudice. (Doc. 40.) By order of this court dated August 31, 2022, all claims against Nurse Ferguson, Nurse Sullivan, and Unit Manager Ingram, were ordered dismissed without prejudice. (Doc. 63.) Plaintiff's sole remaining claim against Michael Johnston was tried by a jury and the jury has rendered a verdict.

**IT IS ORDERED AND ADJUDGED** that all claims against Defendants Moore, Jones, Torrex, D. Bullard, P. Jacobs, Nurse Ferguson, Nurse Sullivan, and Unit Manager Ingram are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff, John L. Hicks, shall take nothing of the Defendant, Michael Johnston,

and this action is **DISMISSED WITH PREJUDICE**.

This the 19th day of April, 2023.

```
                     /s/ William L. Osteen, Jr.
                   _____
                        United States District Judge
```